UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                               Plaintiff,

                                                                                                                    <u>DECISION AND ORDER</u>

                                                                                                                    21-CR-6010L

                   v.

FREDERICK B. YOUNG,

                                             Defendant.
_____

All pretrial motions were referred to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636(b)(1). Defendant filed two *pro se* motions: (1) a motion to dismiss for the insufficiency of the Indictment and (2) a motion to dismiss for violation of the Speedy Trial Act, 18 U.S.C. § 3161.

Judge Payson issued a thorough, 14-page Report and Recommendation on February 17, 2022 (Dkt. #63), recommending that the motions be denied.

Appointed counsel duly filed an objection (Dkt. #68) to the Report and Recommendation, relying on the *pro se* motions and counsel's supplemental submissions.

I have reviewed the Report and Recommendation which lays out the lengthy procedural history of the case and sets forth authority supporting Judge Payson's recommendation.

I accept and adopt the Report and Recommendation (Dkt. #63). I find no basis to alter or modify it. For the reasons set forth in the Report and Recommendation, I DENY defendant's

motions to dismiss for insufficiency and motions to dismiss for violations of the Speedy Trial Act. (Dkt. #39, #54, #56, #62).

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
March 31, 2022.